**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MICHELLE JACOBOWITZ, individually and
as Trustee of Albert Jacobowitz Living Trust,
Albert Jacobowitz Irrevocable Trust, and
Michelle Jacobowitz Revocable Trust;
MARSHALL JACOBOWITZ, Individually
and as Trustee of Phillip Rosenbaum Exempt
Trust; and ADAM JACOBOWITZ,

      Plaintiffs,

      v.

DEAN FLAKE; WELLS FARGO BANK,
NATIONAL ASSOCIATION (Inc.); and
TRUIST BANK,

      Defendants.

CIVIL ACTION NO.: 4:25-cv-229

# O R D E R

In an April 30, 2026, Order, the Court directed Plaintiffs to file a brief addressing certain concerns as to whether the Court has subject matter jurisdiction over this case, which had been removed to this Court from the State Court of Chatham County. (Doc. 55.) Plaintiffs have filed their brief. (Doc. 57.) Therein, they concede that they are citizens of Florida, not Georgia, and that complete diversity of citizenship is therefore not in dispute. (Id. at pp. 1–2.) They continue to argue for remand, however, on other grounds (specifically, the forum defendant rule and

fraudulent joinder).  The Court **DIRECTS** Defendants to file a brief in response to Plaintiffs' filing

**within FOURTEEN (14) DAYS** of the date of this Order.

SO ORDERED, this 19th day of May, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA